AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Pedro Jose Alfaro

United States District Court
Southern District Of Texas
FILED
JUN 10 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-1347-M

IAE    YOB: 1951
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 9, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title — __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Pedro Jose Alfaro was encountered by Border Patrol Agents near Los Ebanos, Texas on June 9, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 9, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 28, 2019 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 11, 2018, the defendant was convicted of Sex Abuse of Child Continuous; Victim Under 14 and sentenced to ten (10) years probation.

Continued on the attached sheet and made a part of this complaint: @ 8:10 AM    ☐ Yes  ☒ No

Approved by AUSA S. DIPIAZZA 6/10/19 8:02am
SD; Piampa

Sworn to before me and subscribed in my presence,

Signature of Complainant
Maria Guerrero           Border Patrol Agent

June 10, 2019

J. Scott Hacker                   , U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer